Case 2:23-cv-01127-SB  Document 5  Filed 07/26/23  Page 1 of 3

July 26, 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7/10/23   page 1

Case no. 5:23-cv-03722-BLF

Dear Judges:

Greetings, my name is Robert and i'm filing what I believe to be a high profile civil RICO lawsuit with this court for Kidnapping & Human Trafficking. Currently waiting on a notarizer for the Affidavits and it will be mailed. I'm respectfully asking that both of you handle the case ~~together~~ for the complicated reasons outlined in this letter.

About myself: I'm self-trained in the art of interpreting federal statutes and knowing the difference between false imprisonment & simple Kidnapping, the latter coinciding with human trafficking. For instance, text & context re corpus serving state conviction: for it to be "convicted of, [and] sentenced for ... violations of criminal law[,]" 28 U.S.C. §§ 1915(h): the "prisoner" definition. The lawmakers IFP statute was not intended for Kidnapees at "facilit[ies]". id.  See also, in this particular context, the Fed Habeas standard and excusing exhaustion doctrine may ONLY be entertained by a corpus "in custody pursuant to the judgment of a state court[.]" 28 U.S.C. §§ 2254(a) & (b). Frankly, a federal habeas was not meant to invalidate Kidnappings as false imprisonment claims. Because while falsely imprisoned the corpus is supposed to be "in custody." Now, in the context of a person being taken ~~~~ to a facility, or transferred to a facility of a different jurisdiction, there has to be an actual "arrest" to establish custody — for the corpus to be "in custody." If a person was taken to a facility with no warrant or probable cause, that would imply an "unlawful arrest;" however, there would still be an "arrest." Private transportation companies transporting persons to & inside facilities ~~~~ with no arrests — where they are received and held by force — is Kidnapping & trafficking. There becomes ~~no need~~ for warrants or probable cause.

Why am I breaking this down? Many strong legal minds within the federal machinery have a fixation or a priori mindset that when a corpus is at a facility it must be "in custody." And thats not the case. Or they will remake the "in custody" strike zone. Or remake the lawmakers IFP statute.

Here in Oregon they've classified all facilities as "correctional facilities" and the DOCs transport & private companies do the trafficking. Then theres the prison contract fraud which you will see in the documentary material attached to my compl. that I pleaded in compliance with Rule 9(b). I really hope that you ladies enjoy my peaky pleadings and that theres federal intervention. Exhibit 8 is an internal leak and ~~that~~ it will be the first time any federal court has seen it. The complaint should arrive within a week of this letter. Thank you for your honorable time. And yes I did some papering on you ladies to see who you are and who appointed you. My favorite author is Bryan A. Garner. Who is yours?

STAY PEAKY,

- Grimsly

**Oregon Department of Corrections - Inmate Mail**

Institution: SRCI
SID: 21089091
Name: ROBERT ALEXANDER GRIMSLEY
Address: 777 STANTON BLVD
City: ONTARIO   State: OR   Zip: 97914

BOISE ID 837
11 JUL 2023  PM 2

Barn Swallow

To THE ESTEEMED:

Hon. Evonn Gonzalez Rogers
& Saundra Brown Armstrong
Ronald V. Dellums Federal Building
& United States Courthouse
1301 Clay Street, Suite 400S
OAKLAND, CA 94612

94612-528001